IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JASON FRANCISCO HERNANDEZ,

       Appellant,

v.

       Case No.  5D22-2676
       LT Case No. 2020-CF-41472-A-X

STATE OF FLORIDA,

       Appellee.
_____/

Decision filed May 23, 2023

Appeal from the Circuit Court
for Brevard County,
Robert Segal, Judge.

Matthew J. Metz, Public Defender,
and Robert J. Pearce, III, Assistant
Public Defender, Daytona Beach, for
Appellant.

Jason F. Hernandez, Blountstown,
pro se.

Ashley Moody, Attorney General,
Tallahassee, and Roberts J. Bradford,
Jr., Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

    AFFIRMED.

LAMBERT, C.J., MAKAR and JAY, JJ., concur.